[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11087
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00120-VMC-TGW-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN E. SIMMONS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 31, 2014)

Before WILLIAM PRYOR, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Brian E. Simmons in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Simmons's convictions and sentences are **AFFIRMED**.